UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 9, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

RYAN TAN,

               Plaintiff,

    v.

NURSE-FAMILY PARTNERSHIP, a Colorado
nonprofit corporation, dba CHANGENT,
               Defendant.

No.   2:25-cv-02944 DAD-CSK

**MINUTE ORDER RE: DISCOVERY
DISPUTE (ECF No. 22)**

On March 9, 2026, the Court held an informal discovery conference regarding the parties' dispute as to Plaintiff Ryan Tan's request to compel Defendant Nurse-Family Partnership's further interrogatory responses and responses to Requests For Admission (RFA). (ECF No. 22.) Plaintiff, who is appearing pro se, and counsel Ashley Cheff appeared for Defendant. All parties agreed to abide by the Court's orders from the informal discovery conference.

The Court GRANTED IN PART and DENIED IN PART Plaintiff's request as summarized:

1)   Plaintiff's Interrogatory No. 2- GRANTED. *See* Fed. R. Civ. P. 26(b)(1). In addition, Defendant agreed to supplement its responses, and must do so within 14 days of the date of this order.

2)   Plaintiff's Interrogatory No. 3 DENIED. Contention interrogatories are generally disfavored.

3)   Plaintiff's RFA Nos. 103, 109-117, and 129- DENIED. Plaintiff failed to establish that the other employees who are the subject of these RFAs are similarly situated to Plaintiff, and therefore this discovery is not relevant to his disparate treatment claim. *See* Fed. R. Civ. P. 26(b)(1). In addition, these RFAs are not related to Plaintiff's retaliation claim. *See id*.

**It is so ordered.**

Dated:  March 9, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

csk/tan.2944.25.disco